IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR350 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PRISCILLA CORDOVA, | ) ) | |
| Defendant. | ) ) | |

Before the court is defendant's oral motion for release to the NOVA Program made at the July 5, 2006, hearing in this case.  Defense counsel informed the court that immediate placement is available for the defendant.  Accordingly,

IT IS ORDERED:

1. The final disposition hearing is scheduled for **August 4, 2006 at 1:30 p.m.**
2. The defendant is to be released to NOVA T.C., 3483 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.
3. That the defendant will also abide by all the terms and conditions of her supervised release previously imposed.

DATED this 5th day of July, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE