IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR350 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PRISCILLA CORDOVA, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on defendant's motion to correct sentence, Filing No. 68, and motion to extend appeal deadline, Filing No. 69. Defendant contends that she needs inpatient treatment and again asks the court to consider the availability of other inpatient drug treatment programs, and she asks the court to reconsider its finding her guilty of the "following offenses." Filing No. 68, ¶ 5. The defendant has previously made these same arguments, and the court finds they should again be denied. Further, the court revoked defendant's supervised release in its order dated August 16, 2006. Filing No. 66. Consequently, defendant will not be continued on supervised release and not permitted to attend the requested substance abuse treatment.

Defendant also moves this court to extend her appeal deadline in this case. Filing No. 69. In accordance with Fed. R. App. P. 4(b)(4), the court will permit the defendant 10 days from the date of this order to file her appeal.

IT IS ORDERED:

1. Defendant's motion to correct sentence, Filing No. 68, is denied; and

2. Defendant's motion to extend appeal time, Filing No. 69, is granted. Defendant shall have 10 days from the date of this order to file her appeal.

Dated this 29th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge